**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 538 EAL 2016

                Respondent         :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

              v.                 :

                                  :

ROBERT AUSTIN,                 :

                Petitioner         :


## ORDER


**PER CURIAM**

    **AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is
**DENIED**.